**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ELMER DAVENPORT, | : | No. 33 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | July 26, 2019 at 724 MD 2018. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                      **DECIDED:  May 19, 2020**

   **AND NOW,** this 19th day of May, 2020, the Order of the Commonwealth Court is

**AFFIRMED**.